## No. 17,202.

CARTER OIL COMPANY *v.* BENALLO ET AL.

(268 P. [2d] 695)

Decided March 29, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. LELAND E. MODESITT, for plaintiff in error.

Mr. WILLIAM C. WILSON, for defendants in error.